IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00332-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ALEXANDER TROWBRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court sua sponte. Due to a scheduling conflict, the jury trial

scheduled to begin on April 14, 2025, shall commence on **Tuesday, April 22, 2025, at 10:00 a.m.**

in Courtroom 1, Alton Lennon Federal Courthouse, 2 Princess Street, Wilmington, North Carolina.

All other aspects of this court's Trial Scheduling Order (DE 123) remain in effect.

The court has determined that the ends of justice served by the time necessary to prepare for

trial outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned

by this order shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C.

§ 3161(h)(7).

SO ORDERED this 31st day of January, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE