IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CR-00332-M-1

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ALEXANDER TROWBRIDGE, | |
| Defendant. | |

This matter comes before the court on Defendant's pro se motion [DE 143]. The court will hear this motion on Tuesday, March 18, 2025, at 2:30 p.m. in Courtroom 1, 2 Princess Street, Wilmington, North Carolina, 28401. The United States Marshals Service is directed to arrange transport for Defendant.

SO ORDERED this 14th day of March 2025.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE