IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CR-00332-M-1

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ALEXANDER TROWBRIDGE, | |
| Defendant. | |

This matter comes before the court on Defendant's pro se "Motion to Fire Counsel" [DE 150]. The court will hear this motion on Monday, May 19, 2025, at 2:45 p.m. in Courtroom 1, 2 Princess Street, Wilmington, North Carolina, 28401. The United States Marshals Service is directed to arrange transport for Defendant.

SO ORDERED this 13th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE